**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MANCE OTIS MOORE,

      Plaintiff,

v.                                     No. 2:26-cv-01387-KG-DLM

WINTRUST MORTGAGE,
DONA ANA COUNTY and
CITY OF LAS CRUCES,

      Defendant.

**<u>MEMORANDUM OPINION AND ORDER OF DISMISSAL</u>**

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint for a Civil Case, Doc. 1, filed May 1, 2026.

United States Magistrate Judge Damian L. Martinez notified Plaintiff that the Complaint failed to show that the Court has jurisdiction over this matter and ordered Plaintiff to file an amended complaint. *See* Order, Doc. 3, filed May 8, 2026 (notifying Plaintiff that failure to timely file an amended complaint may result in dismissal of this case). Judge Martinez also ordered Plaintiff to either pay the filing fee or file an Application to proceed *in forma pauperis*. *See* Order at 5 (notifying Plaintiff that failure to timely pay the filing fee or file an Application may result in dismissal of this case). Plaintiff did not file an amended complaint, pay the filing fee or file an Application to proceed *in forma pauperis*, or otherwise respond to Judge Martinez's Order by the May 29, 2026, deadline.

The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Martinez's Order to file an amended complaint and to either pay the filing fee or an Application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to

prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

IT IS ORDERED that this case is DISMISSED without prejudice.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.