**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MANCE OTIS MOORE,

     Plaintiff,

v.                                            No. 2:26-cv-01387-KG-DLM

WINTRUST MORTGAGE,
DONA ANA COUNTY and
CITY OF LAS CRUCES,

     Defendant.

**FINAL JUDGMENT**

     Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

     **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                             /s/Kenneth J. Gonzales_____
                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.